No. 92–1366.  DeCamp v. Douglas County Franklin Grand Jury et al.  C. A. 8th Cir.  Certiorari denied.

No. 92–1376.  Nickerson American Plant Breeders Inc. v. Latham Seed Co. et al.  C. A. 8th Cir.  Certiorari denied.

No. 92–1453.  Collins et al. v. Reich.  Sup. Ct. Ga.  Certiorari denied.

No. 92–1471.  Celotex Corp. v. Pool et al.; and
No. 92–1474.  Fibreboard Corp. v. Pool et al.  Ct. App. Tex., 6th Dist.  Certiorari denied.

No. 92–1505.  Collagen Corp. v. Kennedy et al.  C. A. 9th Cir.  Certiorari denied.

No. 92–1508.  Woodard et al. v. Seghetti et al.  C. A. 10th Cir.  Certiorari denied.

No. 92–1708.  Northwestern Mutual Life Insurance Co. v. Defender Industries, Inc., et al.  C. A. 4th Cir.  Certiorari denied.

No. 92–1746.  Bostic v. City of Chicago et al.  C. A. 7th Cir.  Certiorari denied.

No. 92–1754.  Jacobson v. Illinois.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 92–1755.  Lamborne v. Haynes et al.  Sup. Ct. Va.  Certiorari denied.

No. 92–1756.  Sever et al. v. Felice.  C. A. 3d Cir.  Certiorari denied.

No. 92–1760.  DeCosta, Executor of the Estate of DeCosta, Deceased v. Viacom International.  C. A. 1st Cir.  Certiorari denied.

No. 92–1763.  Valentine Sugars Inc. v. Donau Corp. et al.  C. A. 5th Cir.  Certiorari denied.